## GENERAL ELECTRIC CO. v. SAVE ELECTRIC CORPORATION.

(District Court, E. D. New York. December 18, 1923.)

MAYER, Circuit Judge. Plaintiff may have a decree, with costs, and defendant may have a stay, as in the Mallory Case (D. C.) 294 Fed. 562, decided contemporaneously herewith.

Settle decree on five days' notice.